1  LAWRENCE G. BROWN
   Acting United States Attorney
2  501 I Street, Suite 10-100
   Sacramento, CA 95814
3
   CAROLINE A. NEWMAN
4  Trial Attorney, Tax Division
   U.S. Department of Justice
5  P.O. Box 683
   Ben Franklin Station
6  Washington, D.C.  20044-0683
   Telephone: (202) 305-2558
7  Email: Caroline.A.Newman@usdoj.gov
   Western.Taxcivil@usdoj.gov
8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                      EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA, and         | Case No. 2:08-mc-00125-FCD-KJM
   | ROXANE WILLETT, Revenue Officer,
13 | Internal Revenue Service,              | **ORDER TO SHOW CAUSE RE:
   |                                        | CIVIL CONTEMPT**
14 |               Petitioners,
   |                                        | Taxpayer: STEVEN M. SHERWOOD
15 |        v.
   |                                        | Date:  October 16, 2009
16 | STEVEN M. SHERWOOD                     | Time:  10:00 a.m.
   |                                        | Ctrm:  Honorable Frank C. Damrell, Jr.
17 |               Respondent.              |        (Crtrm. # 2, 15th Floor)

18

19         Upon the petition of LAWRENCE G. BROWN, Acting United States Attorney for

20  the Eastern District of California, including the declaration of Revenue Officer ROXANE

21  WILLETT, it is hereby:

22         ORDERED that the respondent, STEVEN M. SHERWOOD, appear before United

23  States District Judge Frank C. Damrell, in that Judge's courtroom in the United States

24  Courthouse, 501 I Street, Sacramento, California, on October 16, 2009, at 10:00 o'clock

25  a.m., and that respondent show cause as follows:

26         1. Why respondent, STEVEN M. SHERWOOD, should not be held in civil

27  contempt of this Court for his failure to comply with the Order filed on June 3, 2009,

28  directing respondent to comply with the I.R.S. Summons issued on April 9, 2008.

1     2. Why the respondent should not incarcerated and ordered to pay a daily fine
2  until he complies with the Order, and ordered to pay a compensatory fine to the United
3  States.

4     IT IS FURTHER ORDERED that within 7 calendar days after the filing of this
5  Order, the respondent shall file and serve a written response to the Petition re: Civil
6  Contempt of Order Filed June 3, 2009.  Only those issues brought into controversy by the
7  responsive papers and supported by declaration will be considered at the hearing on this
8  Order, and any uncontested allegation in the Petition Re: Civil Contempt will be
9  considered admitted.

10    Respondent is hereby notified that a failure to comply with this Order will subject
11 respondent to possible further sanctions for contempt of Court.

12    The Clerk shall forward copies of this Order to the respondent and the United
13 States Attorney.

14    It is SO ORDERED.

16 DATED: July 28, 2009

       FRANK C. DAMRELL, JR.
       UNITED STATES DISTRICT JUDGE