BENJAMIN B. WAGNER
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and ROXANNE WILLETT, Revenue Officer, Internal Revenue Service, | No. 2:08-mc-00125-FCD-KJM |
|---|---|
| Petitioners, | **ORDER OF COMPLIANCE** |
| v. | Taxpayer: STEVEN M. SHERWOOD |
| STEVEN M. SHERWOOD, | |
| Respondent. | |

Before the Court is the Petitioners' Notice of Compliance and Suggestion to Close File, filed on November 9, 2009 [Dkt. #16].  Based on the reasons contained therein, based the entire record in this case, and for good cause having been shown, it is hereby ORDERED that:

1. The bench warrant for the arrest of Respondent, STEVEN M. SHERWOOD, for civil contempt of the Order filed on June 3, 2009, is hereby discharged; and

2. The Clerk of the Court shall close this case.

The Clerk shall forward copies of this Order to the Respondent, the United States Attorney, and the United States Marshal.

///

ORDER OF COMPLIANCE                              -1-

| | |
|---|---|
| 1 | |
| 2 | IT IS SO ORDERED. |
| 3 | DATED: November 18, 2009 |
| 4 | |

IT IS SO ORDERED.

DATED: November 18, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER OF COMPLIANCE                    -2-